```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14447
   HUGH J FULTON
   TERESITA F FULTON                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-7894     SSN XXX-XX-3295
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/06/06 and confirmed on 01/17/07.

2. The case was converted to Chapter 7 after confirmation, 02/12/2008.

3. The Debtor paid a total of $ 3135.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| ACCELERATED REHABILITATI | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 932.04 | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| MIDSTATE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 682.56 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 1375.00 | 361.72 | 1375.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1375.00 | .00 | 1614.60 | .00 | 2989.60 |
| PRINCIPAL PAID | 1375.00 | .00 | .00 | .00 | 1375.00 |
| INTEREST PAID | 361.72 | .00 | .00 | .00 | 361.72 |
| TOTAL PAID | 1736.72 | .00 | .00 | .00 | 1736.72 |

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $ 3000.00 and was paid $   500.00  direct and $   1277.15  through the plan.

The Trustee received $   121.13 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 05/20/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```